# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 306 | **DATE** | 2/6/2004 |
| **CASE TITLE** | City International Trucks, Inc. vs. Vehicle Inspection Systems, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. With the initial status hearing date in this action having been set for February 13, counsel are ordered to deliver copies of the relevant documents to this Court's chambers on or before February 11.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | FEB 09 2004 | 5 |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 2/6/2004 date mailed notice | |
| SN | courtroom deputy's initials | 2004 FEB -6 PM 1:02 FILED Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CITY INTERNATIONAL TRUCKS, INC., )
)
        Plaintiff, )
)
v. ) No. 04 C 306
)
VEHICLE INSPECTION SYSTEMS, INC., )
)
        Defendant. )

DOCKETED
FEB - 9 2004

MEMORANDUM ORDER

Vehicle Inspection Systems, Inc. ("Vehicle Inspection") has just filed its Answer and Affirmative Defenses ("ADs") to the Complaint brought against it by City International Trucks, Inc. ("City International"). That responsive pleading asserts a totally different set of transactions involving the diagnostic equipment referred to in the Complaint than City International's Complaint has alleged. What is troublesome about both sides' filings, though, is that neither has seen fit to provide this Court with copies of the relevant documentation so that it can address the issues posed by the Complaint and the numerous ADs.

With the initial status hearing date in this action having been set for February 13, counsel are ordered to deliver copies of the relevant documents to this Court's chambers on or before February 11. This means City International's counsel must provide copies of any documents that evidence the "Contract" referred to in Complaint ¶¶3 and 4, Vehicle Inspection's counsel must deliver copies of all documents that evidence the

transactions as referred to in the ADs, and both sides' counsel must provide copies of any other documentation that they deem relevant to the parties' dispute.

／s／ Milton I. Shadur
Milton I. Shadur
Senior United States District Judge

Date: February 6, 2004